

# Fourth Court of Appeals
## San Antonio, Texas

September 21, 2022

No. 04-22-00210-CV

Lawrence **LAU**,
Appellant

v.

**BREAKAWAY PRACTICE, LLC**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-07115
Honorable Tina Torres, Judge Presiding

# O R D E R

Appellant filed an unopposed motion requesting an extension of time to file the appellant's brief on September 13, 2022. However, appellant timely filed his brief on September 16, 2022. Accordingly, appellant's motion for extension of time to file the appellant's brief is DENIED AS MOOT.

_Irene Rios_
_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of September, 2022.

_Michael A. Cruz_
_____
MICHAEL A. CRUZ, Clerk of Court